PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 12-3204

_____

CHERYL HARRIS, Co-Administratrix of the Estate
of Tyan D. Maseth, deceased; DOUGLAS MASETH;
Co-Administrator of the Estate of Ryan D. Maseth, deceased,

Appellants

v.

KELLOGG BROWN & ROOT SERVICES, INC.

On Appeal from the United States District Court
for the Western District of Pennsylvania
District Court No. 2-08-cv-00563
District Judge: The Honorable Nora B. Fischer

**ORDER AMENDING OPINION**

The opinion filed August 1, 2013 is hereby amended to delete Michelle L. Hylton, Esq.
from the list of counsel for appellee and to add Joseph L. Luciana, III, Dingess, Foster,
Luciana, Davidson & Chleboski, 20 Stanwix Street, PNC Center, Third Floor, Pittsburgh,
PA 15222 to the list of counsel for appellee.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: August 2, 2013